IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Hoskin, Thelma R | Case Number: 07 B 02526 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 6/24/08 | Filed: 2/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 14, 2008
Confirmed: April 9, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,330.86 |  |
| Secured: |  | 2,933.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,090.00 |
| Trustee Fee: |  | 286.72 |
| Other Funds: |  | 21.14 |
| Totals: | 5,330.86 | 5,330.86 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,090.00 | 2,090.00 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 663.54 | 160.00 |
| 4. | Option One Mortgage Corp | Secured | 17,399.00 | 2,773.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 1,123.95 | 0.00 |
| 6. | Little Company Of Mary Hospital | Unsecured | 460.30 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 791.01 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 492.90 | 0.00 |
| 9. | Capital One | Unsecured | 719.60 | 0.00 |
| 10. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 11. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 12. | First Premier | Unsecured |  | No Claim Filed |
| 13. | State Collection Service | Unsecured |  | No Claim Filed |
| 14. | H & F Law Offices | Unsecured |  | No Claim Filed |
| 15. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 16. | Medical Building Bureau | Unsecured |  | No Claim Filed |
| 17. | Medical Collections | Unsecured |  | No Claim Filed |
| 18. | Surety Finance | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 23,740.30 | $ 5,023.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 286.72 |
|  | _____ |
|  | $ 286.72 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hoskin, Thelma R | Case Number:  07 B 02526 |
| | Judge:  Hollis, Pamela S |
| Printed:  6/24/08 | Filed:  2/13/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                            Marilyn O. Marshall, Trustee, by:

